92–80.   State ex rel. Litten v. Indus. Comm. *Franklin County*, No. 91AP–80.   On motion to dismiss.   Motion overruled.

On motion for leave to file appellant's brief instanter.   Motion granted.

92–135.   State Emp. Relations Bd. v. Adena Local School Dist. Bd. of Edn. *Ross County*, No. 1732.   On motion to substitute original transcript.   Motion granted.

92–198.   Shaffer v. Maier. *Hamilton County*, Nos. C–900573 and C–900600.   On motion for leave to proceed in *pro hac vice*.   Motion granted.

92–448.   State ex rel. Reese v. Ohio Adult Parole Auth.   In Mandamus.   On motion for parole records.   Motion denied.

92–722.   State ex rel. Freeman v. Wilkinson. *Franklin County*, No. 91AP–580.   On motion for injunctive relief.   Motion denied.

92–742.   Garrett v. Sandusky. *Erie County*, No. E–91–5.   On motion for leave to file notice of cross-appeal instanter.   Motion granted.

RESNICK, J., not participating.

92–839.   State v. McCullough. *Lucas County*, No. L–91–128.   On motion for leave to file notice of appeal instanter.   Motion granted.

92–895.   Reeser v. Weaver Bros., Inc. *Darke County*, No. 1280.   On motion for leave to file notice of cross-appeal instanter.   Motion granted.

92–899.   Dingus v. Kirwan. *Erie County*, No. E–91–2.   On motion to consolidate with 92–842, *Dingus v. Kirwan*, Erie County, No. E–91–2.   Motion granted.

92–969.   State v. Sherrills. *Cuyahoga County*, No. 35912.   On motion for leave to file delayed appeal.   Motion denied.

HOLMES and RESNICK, JJ., dissent.

92–989.   State ex rel. Celebrezze v. National Lime & Stone Co. *Wyandot County*, No. 16–91–7.   On motions for leave to file *amicus* of Ohio Aggregates Association et al. and Greater Cincinnati Chamber of Commerce.   Motions granted.

RESNICK, J., not participating.

92–990.   State v. Eberling. *Cuyahoga County*, No. 58559.   On motion for leave to exceed page limit.   Motion granted.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

92–992.   State v. Pennymon. *Cuyahoga County*, No. 59654.   On motion for leave to file delayed appeal.   Motion granted.

HOLMES and SWEENEY, JJ., dissent.

92–997.   State v. Allen. *Licking County*, No. 3723.   On motion for leave to file delayed appeal.   Motion denied.

RESNICK, J., dissents.

92–998.   State v. Griffen. *Cuyahoga County*, No. 47321.   On motion for leave to file delayed appeal.   Motion denied.

RESNICK, J., dissents.

92–1004.   State v. Henderson. *Cuyahoga County*, No. 58560.   On motion for leave to exceed page limit.   Motion granted.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

92–1006.   Discount Drug Mart, Inc. v. Ohio Liquor Control Comm. *Franklin County*, No. 92AP–85.   On motion for leave to file memorandum in support instanter.   Motion granted.

92–1017.   State v. Rivers. *Franklin County*, No. 92AP–432.   On motion for leave to file delayed appeal.   Motion granted.

WRIGHT and H. BROWN, JJ., dissent.